

| | | | |
|---|---|---|---|
| Com. v. Zigler .......................... | 1504 WDA 2015 Affirmed | 06/07/2016 | CP–25–CR–0001471–2000 (Erie) |
| Com. v. Zigler .......................... | 1506 WDA 2015 Affirmed | 06/07/2016 | CP–25–CR–0001469–2000 (Erie) |
| Com. v. White ......................... | 1539 WDA 2015 Affirmed Application to Withdraw as Counsel Granted | 06/07/2016 | CP–25–CR–0000317–2015 (Erie) |
| Com. v. Wheeler ...................... | 1831 WDA 2015 Affirmed | 06/07/2016 | CP–10–CR–0000564–2015 (Butler) |
| In re Adoption of L.C.; Appeal of K.C. .. | 63 WDA 2016 Affirmed | 06/07/2016 | CP–02–AP–0000153–2015 (Allegheny) |
| Com. v. Smith [11] ........................ | 543 EDA 2013 Affirmed | 06/08/2016 | CP–51–CR–1018353–1992 (Philadelphia) |
| Com. v. Grillo ....................... | 2287 EDA 2014 Affirmed Application to Withdraw as Counsel Granted | 06/08/2016 | CP–52–CR–0000242–2010 (Pike) |
| U.S. Bank, National Assoc. v. Perez..... | 1262 EDA 2015 Affirmed | 06/08/2016 | No. 13–1920 (Delaware) |
| Com. v. Nelson ....................... | 1291 EDA 2015 Affirmed | 06/08/2016 | CP–51–CR–0006090–2014 (Philadelphia) |
| Com. v. Henning...................... | 1686 EDA 2015 Affirmed | 06/08/2016 | CP–45–SA–0000015–2015 (Monroe) |
| Com. v. Drayton ...................... | 2214 EDA 2015 Affirmed, Vacated and Remanded | 06/08/2016 | CP–51–CR–0008430–2010 (Philadelphia) |
| Com. v. Benjamin ..................... | 2615 EDA 2015 Affirmed | 06/08/2016 | CP–51–CR–0332721–1993 (Philadelphia) |
| Magditch v. VonKiel .................. | 2623 EDA 2015 Affirmed | 06/08/2016 | 2012–C–5428 (Lehigh) |
| Com. v. Holloway ..................... | 3359 EDA 2015 Affirmed | 06/08/2016 | CP–51–CR–1007581–1977 (Philadelphia) |
| In the Interest of: K.F.................. | 3429 EDA 2015 Affirmed | 06/08/2016 | CP–51–AP–0000104–2015 FID 51–FN–001354–2012 (Philadelphia) |

11. Petition for reargument denied August 10, 2016.